**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff,* | § | Case No. 7:25-cv-00372-DC-DTG |
| | § | 7:25-cv-00374-DC-DTG |
| | § | 7:25-cv-00380-DC-DTG |
| | § | 7:25-cv-00518-DC-DTG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| *Defendant.* | | |

**DEFENDANT GOOGLE LLC'S STATUS REPORT REGARDING MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §1404(A) & GOOGLE LLC'S MOTION TO DISMISS**

TO THE HONORABLE COURT:

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.4—Patent Cases, Defendant Google LLC ("Google") hereby notifies the Court that its motions to transfer are fully briefed. Google filed these Motions on December 5, 2025 (-372 Case, Dkt. 25-2; -374 Case, Dkt. 26-2; -380 Case, Dkt. 24-2; -518 Case, Dkt. 18-2), Plaintiff Headwater Research, LLC ("Headwater") filed its oppositions on March 13, 2026 (-372 Case, Dkt. 47; -374 Case, Dkt. 51; -380 Case, Dkt. 48; -518 Case, Dkt. 43), and Google filed its replies on March 27, 2026 (-372 Case, Dkt. 54; -374 Case, Dkt. 58; -380 Case, Dkt. 56; -518 Case, Dkt. 50). Headwater filed Administrative Motions for Leave to File Sur-Replies on May 13, 2026 (-372 Case, Dkt. 64; -374 Case, Dkt. 68; -380 Case, Dkt. 66; -518 Case, Dkt. 61). Google filed oppositions to this request on May 20, 2026 (-372 Case, Dkt. 65; -374 Case, Dkt. 69; -380 Case, Dkt. 67; -518 Case, Dkt. 62), and Headwater filed its replies on May 27, 2026 (-372 Case, Dkt. 67; -374 Case, Dkt. 71; -380 Case, Dkt. 69; -518 Case, Dkt. 64). Thus, briefing on Google's Motions to Transfer and

Headwater's Administrative Motions for Leave to File Sur-Replies are fully briefed and ripe for adjudication.

The current Scheduling Orders set a Markman hearing date of July 9, 2026, for the above-captioned cases. -372 Case, Dkt. 40; -374 Case, Dkt. 43; -380 Case, Dkt. 42; -518 Case, Dkt. 35.

Google also notifies the Court that Google's Motions to Dismiss are fully briefed and ripe for adjudication. Google filed these Motions on December 19, 2025, in the -372 Case (-372 Case, Dkt. 31), and December 22, 2025, in the -374 Case, -380 Case, and -518 Case (-374 Case, Dkt. 34; -380 Case, Dkt. 33; -518 Case, Dkt. 26). Headwater filed its oppositions on January 9, 2026, in the -372 Case (-372 Case, Dkt. 41) and January 12, 2026, in the -374 Case, -380 Case, and -518 Case (-374 Case, Dkt. 44; -380 Case, Dkt. 43; -518 Case, Dkt. 36). Google filed its replies on January 23, 2026, in the -372 Case (-372 Case, Dkt. 44) and January 26, 2026, in the -374 Case, -380 Case, and -518 Case (-374 Case, Dkt. 47; -380 Case, Dkt. 46; -518 Case, Dkt. 39). Thus, briefing on Google's Motions to Dismiss closed on January 23 and 26, 2026.

DATED:  June 11, 2026                     Respectfully submitted,


JACKSON WALKER LLP                     PAUL HASTINGS LLP

  Nathaniel St. Clair, II                     By: */s/ Robert W. Unikel*
  Tex. Bar No. 24071564                       Robert W. Unikel
  nstclair@jw.com                       Ill. Bar No. 6216974
  2323 Ross Avenue, Suite 600                       robertunikel@paulhastings.com
  Dallas, Texas 75201                       71 South Wacker Drive, Suite 4500
  Telephone:  (214) 953-6000                       Chicago, IL 60606
  Facsimile:  (214) 953-5822                       Telephone: (312) 499-6000
                         Facsimile: (312) 499-6100

  Paige Vonne Welch                       Matthias A. Kamber
  Tex. Bar. No. 24138184                       Cal. Bar No. 232147
  pwelch@jw.com                       matthiaskamber@paulhastings.com
  100 Congress Ave., Ste 11000                       101 California Street, 48th Floor
  Austin, TX 78701                       San Francisco, CA 94111
  Telephone: (512) 236-2295                       Telephone: (415) 856-7000
  Facsimile: (512) 236-2002                       Facsimile: (415) 856-7100

                         Andrea P. Roberts
                         Cal. Bar No. 228128
                         andrearoberts@paulhastings.com
                         1117 S. California Avenue
                         Palo Alto, CA 94304
                         Telephone: (650) 320-1800
                         Facsimile: (650) 320-1900

                         Robert R. Laurenzi
                         N.Y. Bar No. 3024676
                         robertlaurenzi@paulhastings.com
                         200 Park Avenue
                         New York, NY 10166
                         Telephone: (212) 318-6000
                         Facsimile: (212) 319-4090

                         Ariell N. Bratton
                         Cal. Bar No. 317587
                         ariellbratton@paulhastings.com
                         4655 Executive Drive, Suite 350
                         San Diego, CA 92121
                         Telephone: (858) 458-3000
                         Facsimile: (858) 458-3005

                         Stephanie Adamakos
                         D.C. Bar No. 1718981

stephanieadamakos@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

*Attorneys for Defendant*
*GOOGLE LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on June 11, 2026, all counsel of record who have appeared in this case and have consented to electronic service, were served with the foregoing document via the Court's CM/ECF system.

*/s/ Robert W. Unikel*
Robert W. Unikel

-4-