**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>   *Plaintiff*,<br><br>  v.<br><br>GOOGLE LLC,<br><br>   *Defendant*. | Case Nos.<br><br>7:25-CV-00372-DC-DTG<br><br>7:25-CV-00374-DC-DTG<br><br>7:25-CV-00380-DC-DTG<br><br>7:25-CV-00518-DC-DTG |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF
PLAINTIFF HEADWATER RESEARCH LLC'S SUR-REPLY CLAIM
CONSTRUCTION BRIEF**

I, Kristopher Davis, declare and state as follows:

I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned actions. I submit this declaration in support of Plaintiff Headwater Research LLC's Sur-reply Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

1.      Attached as **Exhibit 4** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of U.S. Patent No. 9,277,445 from *Samsung Electronics Co., Ltd., v. Headwater Research LLC,* IPR2023-01462, Paper2, dated September 28, 2023.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2026 at Los Angeles, California.


*/s/ Kristopher Davis*
Kristopher Davis