**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff,* | § | Case Nos. |
| | § | 7:25-cv-00372-DC-DTG |
| v. | § | 7:25-cv-00374-DC-DTG |
| | § | 7:25-cv-00380-DC-DTG |
| GOOGLE LLC, | § | 7:25-cv-00518-DC-DTG |
| | § | |
| *Defendant.* | § | JURY TRIAL DEMANDED |
| | § | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Scheduling Orders (-372 Case, Dkt. 40; -374 Case, Dkt. 43; -380 Case, Dkt. 42; -518 Case, Dkt. 35), Plaintiff Headwater Research LLC and Defendant Google LLC submit this Joint Claim Construction Statement regarding the following patents:

| Case No. | U.S. Patent No(s). |
|---|---|
| 7:25-cv-00372 | 9,277,445 ("the '445 Patent") |
| 7:25-cv-00374 | 8,666,364 ("the '364 Patent") 9,647,918 ("the '918 Patent") |
| 7:25-cv-00380 | 9,143,976 ("the '976 Patent") |
| 7:25-cv-00518 | 9,179,359 ("the '359 Patent") 9,609,544 ("the '544 Patent") |

**I.   AGREED-UPON CLAIM TERMS**

| Claim Term | Agreed Construction |
|---|---|
| "differential traffic control policy" '445 Patent, Claims 1, 4, 14 (-372 case); '976 Patent, Claims 1, 3-5, 8, 11-13, 15-20, 23, 24 (-380 case); '359 Patent, Claim 1 (-518 case) | "rule for controlling network traffic that distinguishes between two or more things" |

## II.    DISPUTED CLAIM TERMS

Defendant proposed each of the following terms. Plaintiff did not propose any terms.

| Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|
| "traffic shaping"<br><br>'364 Patent, Claims 7, 11, 14, 16, 19, 20, 27 (-374 case) | Plain and ordinary meaning.<br><br>Alternatively: traffic refers to "flow or throughput of data" and "shaping" refers to "control or regulation" | "control or regulation of a pre-existing flow or throughput of data." |
| "A wireless end-user device"<br><br>'976 Patent, Claim 1 (-380 case) | Plain and ordinary meaning. Limiting preamble.<br><br>The Court should give the general antecedent basis instruction: "Subsequent use of the definite articles 'the' or 'said' in a claim refer back to the same term recited earlier in the claim" | Limiting preamble. The same wireless end-user device must include each of the elements recited in the body of the claim. |
| "one or more processors configured to"<br><br>'445 Patent, Claim 1 (-372 case)<br><br><br>"the one or more processors"<br><br>'445 Patent, Claims 1, 2, 6-12, 14, 16, 17, 19, 22, 25 (-372 case) | No construction is necessary; each term's plain and ordinary meaning should apply.<br><br><br>The Court should give the general antecedent basis instruction: "Subsequent use of the definite articles 'the' or 'said' in a claim refer back to the same term recited earlier in the claim" | These terms must have the same meaning in each instance that they appear in the claims. |

DATED:  June 23, 2026

Respectfully Submitted,

RUSS AUGUST KABAT

PAUL HASTINGS LLP

By*: /s/ Marc Fenster*

    Marc Fenster
    CA State Bar No. 181067
    Email: mfenster@raklaw.com
    Reza Mirzaie
    CA State Bar No. 246953
    Email: rmirzaie@raklaw.com
    Brian Ledahl
    CA State Bar No. 186579
    Email: bledahl@raklaw.com
    Dale Chang
    CA State Bar No. 248657
    Email: dchang@raklaw.com
    Kristopher Davis
    CA State Bar No. 329627
    Email: kdavis@raklaw.com
    James S. Tsuei
    CA State Bar No. 285530
    Email: jtsuei@raklaw.com
    James N. Pickens
    CA State Bar No. 307474
    Email: jpickens@raklaw.com
    Jason M. Wietholter
    CA State Bar No. 337139
    Email: jwietholter@raklaw.com
    12424 Wilshire Blvd. 12th Floor
    Los Angeles, CA 90025
    Telephone: 310-826-7474

    Qi (Peter) Tong
    TX State Bar No. 24119042
    Email: ptong@raklaw.com
    8080 N. Central Expy., Suite 1503
    Dallas, TX 75206
    Telephone: 310-826-7474

*Attorneys for Plaintiff*
*HEADWATER RESEARCH LLC*

By: */s/ Robert W. Unikel*

    Robert W. Unikel
    Ill. Bar No. 6216974
    robertunikel@paulhastings.com
    71 South Wacker Drive, Suite 4500
    Chicago, IL 60606
    Telephone: (312) 499-6000
    Facsimile: (312) 499-6100

    Matthias A. Kamber
    Cal. Bar No. 232147
    matthiaskamber@paulhastings.com
    101 California Street, 48th Floor
    San Francisco, CA 94111
    Telephone: (415) 856-7000
    Facsimile: (415) 856-7100

    Andrea P. Roberts
    Cal. Bar No. 228128
    andrearoberts@paulhastings.com
    1117 S. California Avenue
    Palo Alto, CA 94304
    Telephone: (650) 320-1800
    Facsimile: (650) 320-1900

    Robert R. Laurenzi
    N.Y. Bar No. 3024676
    robertlaurenzi@paulhastings.com
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 318-6000
    Facsimile: (212) 319-4090

    Ariell N. Bratton
    Cal. Bar No. 317587
    ariellbratton@paulhastings.com
    4655 Executive Drive, Suite 350
    San Diego, CA 92121
    Telephone: (858) 458-3000
    Facsimile: (858) 458-3005

Stephanie Adamakos
D.C. Bar No. 1718981
stephanieadamakos@paulhastings.com
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

JACKSON WALKER LLP

Nathaniel St. Clair, II
Tex. Bar No. 24071564
nstclair@jw.com
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone:  (214) 953-6000
Facsimile:  (214) 953-5822

Paige V. Welch
Tex. Bar No. 24138184
pwelch@jw.com
100 Congress Ave., Ste 11000
Austin, TX 78701
Telephone: (512) 236-2295
Facsimile: (512) 236-2002

*Attorneys for Defendant*
*GOOGLE LLC*

-1-

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, the undersigned certifies that on June 23, 2026, all counsel of record who have appeared in this case and have consented to electronic service, were served with the foregoing document via the Court's CM/ECF system.

> _/s/ Marc Fenster_
> Marc Fenster